Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL I

| | | |
|---|---|---|
| EL PUEBLO DE PUERTO RICO<br>Parte Recurrida<br><br>v.<br><br>JOSÉ A. RIVERA QUIÑONEZ<br>Parte Peticionaria | KLCE202500459 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Caguas<br><br>Crim. Núm.:<br>E LA2021G0189, 190<br>E LA2021G0205, 06<br><br>Sobre:<br>L.A. 5.04 (1 Caso)<br>L.A. 5.15 (1 Caso)<br>L.A. 6.05 (1 Caso)<br>L.A. 6.14 (1 Caso) |

Panel integrado por su presidente, el Juez Sánchez Ramos, el Juez Pagán Ocasio y el Juez Rodríguez Flores.

Rodríguez Flores, juez ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 15 de mayo de 2025.

Comparece por derecho propio y en forma *pauperis* el señor José A. Rivera Quiñoñez (en adelante, peticionario) mediante recurso de *certiorari*, remitido por correo el 23 de abril de 2025, y recibido en nuestra Secretaría el 24 de abril de 2025. Reclama que se acredite a su sentencia la bonificación por detención preventiva que dispone la Regla 182 de Procedimiento Criminal, 34 LPRA, Ap. II, R. 182.

Sin embargo, luego de evaluar el recurso presentado, hemos advertido que ningún foro primario ha adjudicado el planteamiento apuntado por el peticionario. Éste no solicita la revisión de alguna orden o resolución judicial.

Según resuelto en *Pueblo v. Contreras Severino,* 185 DPR 646 (2012), las reclamaciones de un miembro de la población correccional para que se acredite a su sentencia el término que estuvo en detención preventiva deben ser atendidas primeramente por la División de Remedios Administrativos del Departamento de

Corrección y Rehabilitación. Ello, no porque los tribunales carezcan de jurisdicción para atender reclamaciones como ésta, ni que la Asamblea Legislativa haya otorgado jurisdicción exclusiva a la Administración de Corrección, sino porque dicha agencia está en mejor posición para atender solicitudes de esta naturaleza provenientes de la población correccional. *Íd.,* págs. 665-666.

Así pues, si el peticionario tiene reparos en cuanto al cómputo de las bonificaciones de acuerdo con los términos de la sentencia correspondiente, debe presentar ante la institución correccional donde se encuentre recluido una Solicitud de Remedios Administrativos ante el Departamento de Corrección y Rehabilitación. De resultar inconforme con la decisión final de la agencia, este podrá presentar un recurso de revisión judicial ante este Tribunal de Apelaciones.

En virtud de lo anterior, denegamos la expedición del auto de *certiorari.*

Notifíquese.

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones